UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| JACKIE WILKINS, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Nos. 4:05-cv-22 / 4:04-cr-28 |
| | ) | *Edgar* |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This is a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255; petitioner has also listed additional grounds for relief, such as writ of habeas corpus, writ of audita querela, writ of error coram nobis, writ of prohibition, and writ of mandamus. Petitioner was convicted of unlawful transport of firearms. He previously filed a § 2255 motion attacking the same conviction, which is pending before the court.

In accordance with the "Antiterrorism and Effective Death Penalty Act of 1996," effective April 24, 1996, the petitioner cannot file a second or successive § 2255 motion in the district court until he has moved in the United States Court of Appeals for the Sixth Circuit for an order authorizing the district court to consider the motion. This court has not received an order from the Sixth Circuit authorizing the court to consider the pending motion. Accordingly, the Clerk is **DIRECTED** to transfer this action to the United States

Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631. *See In re Sims*, 111 F.3d 45 (6th Cir. 1997).

SO ORDERED.

ENTER this *18th day of May, 2005*.

> */s/ R. Allan Edgar*
> R. ALLAN EDGAR
> CHIEF UNITED STATES DISTRICT JUDGE